

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 3:14cr 093 |
| ) | |
| v. ) | 18 U.S.C. § 1832(a)(4) |
| ) | Attempted Theft of Trade Secrets |
| TORAY CHEMICAL KOREA INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about January 2011 through November 2011, in the Eastern District of Virginia and elsewhere, the defendant TORAY CHEMICAL KOREA INC., formerly doing business as WOONGJIN CHEMICAL CO., LTD., acting through its employees, with intent to convert trade secrets belonging to E.I. Du Pont de Nemours and Company ("DuPont"), that are related to and included in a product that is produced for and placed in interstate and foreign commerce, to the economic benefit of anyone other than the owner of the trade secret, and intending and knowing that the offense will, injure any owner of that trade secret, did without authorization attempt to appropriate DuPont trade secrets relating to the manufacture of Nomex® paper.

(In violation of Title 18, United States Code, Sections 1832(a)(4)).

Dana J. Boente
United States Attorney

By: *Katherine Lee Martin* (signature)
Katherine Lee Martin
Michael S. Dry
Assistant United States Attorneys
United States Attorney's Office
600 E. Main Street, Suite 1800
Richmond, Virginia 23219-2447
Phone: (804) 819-5400
Fax: (804) 819-7417
katherine.martin@usdoj.gov